| | | | | |
|---|---|---|---|---|
| Henderson v. State . . . . . . . . . . . . . | 49A05–1605–CR–984 | 01/26/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Foster v. State . . . . . . . . . . . . . . . | 49A02–1603–CR–541 | 01/27/2017 | KIRSCH, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| K.T., Matter of . . . . . . . . . . . . . . . | 49A02–1607–JT–1551 | 01/27/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Davis v. State . . . . ., . . . . . . . . . . | 58A01–1607–CR–1737 | 01/27/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Foster v. State . . . . . . . . . . . . . . . | 02A05–1609–CR–2232 | 01/27/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Sanders v. State . . . . . . . . . . . . . . | 84A01–1608–CR–1935 | 01/27/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Batchelor v. State . . . . . . . . . . . . . | 15A01–1606–CR–1245 | 01/27/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Viers v. State . . . . . . . . . . . . . . . . | 20A04–1609–CR–2070 | 01/27/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Glass v. Gilliatte General Contractors, Inc. . . . . . . . . . . . . . . . . . . . | 49A02–1607–MI–1642 | 01/30/2017 | DARDEN, Sr.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Casteel v. State . . . . . . . . . . . . . . | 49A02–1606–CR–1476 | 01/30/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Wilson v. Monnier . . . . . . . . . . . . . | 87A05–1605–DR–1169 | 01/30/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Levy v. State . . . . . . . . . . . . . . . . . | 20A03–1608–CR–2009 | 01/30/2017 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |